[No. 4739–3–III.   Division Three.   January 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
C. BARBER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00255–8, Bruce P. Hanson, J.,

entered August 14, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.